UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE PFIZER INC. SECURITIES　　　　　　　　　4-CV-9866-LTS-HBP
LITIGATION　　　　　　　　　　　　　　　　　　12-CV-8379-LTS-HBP

---------------------------------------------------------

THIS DOCUMENT RELATES TO:　　　　　　　　　　ORDER

MONTANA BOARD OF INVESTMENTS et al.

　　　　　-v-

PFIZER INC. et al.

-----------------------------------------------------------x

　　　　The Court hereby withdraws the Order to Show Cause (docket entry no. 46) in the above-captioned case.

　　　　SO ORDERED.

Dated: New York, New York
　　　　July 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　United States District Judge